IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIAN CANTY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILADELPHIA INSURANCE COMPANIES** | : | **NO. 16-CV-00520** |

**FILED**
APR 20 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**JUDGMENT**

**AND NOW**, this 20th day of April, 2017, judgment is hereby entered in favor of Defendant Philadelphia Insurance Companies and against Plaintiff Adrian Canty in the amount of $1,261.64.

KATE BARKMAN
Clerk of Court

By:

_____
Kenneth R. Wilson, Esquire
Clerk's Office Staff Attorney